IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 24-00245-KD-M |
| | ) |
| **IDABAMA, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Joint Stipulation of Dismissal. (Doc. 69). On December 11, 2025, the Court entered an order dismissing this action with prejudice subject to the right of either party to reinstate the action within sixty (60) days of the date of that order. (Doc. 67). On January 28, 2026, the parties filed a joint stipulation of the dismissal of this action with prejudice. (Doc. 69). A joint stipulation of dismissal signed by all parties who have appeared is self-executing and dismisses the case upon filing. Fed. R. Civ. P. Rule 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012). Therefore, the parties' right to reinstate the action is terminated, and this action is **DISMISSED** "**with prejudice**, costs taxed as paid." (Doc. 69) (emphasis added).

**DONE** and **ORDERED** this **29th** day of **January 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**